(46 South. 134.)

No. 17,005.

VIAL v. ELFER et al.

(Feb. 19, 1908.)

Appeal from Twenty-Eighth Judicial District Court, Parish of St. Charles; Prentice Ellis Edrington, Judge.

Action by Leon C. Vial against Charles El-

fer and others.  Judgment for plaintiff, and defendants appeal.  Affirmed.

John Curd Wickliffe, for appellants.  Robert James Perkins and James Wilkinson, for appellee.

PROVOSTY, J.  This case was consolidated for trial with that of J. C. Triche v. Labiche (No. 17,004, this day decided) 46 South. 130.[1]  It involves precisely the same issues and facts, except that the office in contest is that of assessor, whereas in the Labiche Case the office in contest was that of clerk of court, and that the majority in this case was much greater than in the other.

For the reasons assigned in the Labiche Case, the judgment appealed from is affirmed, with costs.